UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James J. Sharp, | Case No. 2:25-cv-02252-CDS-NJK |
| Plaintiff | **Order Accepting the Magistrate Judge's Report and Recommendation and Dismissing Case** |
| v. | |
| X Corporation, et al., | |
| Defendants | [ECF No. 4] |

James Sharp initiated this action against the X social media platform and Elon Musk by filing an application to proceed *in forma pauperis* alongside his complaint. ECF Nos. 1, 1-1. United States Magistrate Judge Nancy J. Koppe screened the complaint under 28 U.S.C. § 1915(e) and issued a report and recommendation (R&R) that I dismiss this case because the "complaint is frivolous and delusional and does not state a claim upon which relief can be granted." R&R, ECF No. 4. The R&R also notes that 17 U.S.C. § 230, the Communications Decency Act, does not create a private right of action. *Id.* at 3, n.2. Judge Koppe reasons that "[d]istrict courts have the authority to dismiss cases *sua sponte* without notice when the plaintiff 'cannot possibly win relief.'" *Id.* at 2. (citing *Sparling v. Hoffman Constr. Co.*, 864 F.2d 635, 638 (9th Cir. 1988)).

Sharp had until December 17, 2025, to file any specific written objections to the R&R. *Id.* at 4 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to the magistrate judge's findings and recommendations must file specific written objections within fourteen days)); *see also* 28 U.S.C. § 636(b)(1) (same). Here, no objection is filed and the time to do so has passed. The law is clear that "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections are filed. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

## Conclusion

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 4] is adopted in full**. Sharp's complaint is dismissed without prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly and to close this case.

Dated: December 23, 2025

_____
Cristina D. Silva
United States District Judge